IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF CLARA T. TROILO, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 2:22-CV-97 |
| ROSE TREE PLACE ET AL., | : |
| Defendants. | : |

# ORDER

**AND NOW,** this 22nd day of February, 2022, upon consideration of Defendants' letter requesting a pre-motion conference (ECF No. 5), Plaintiff's letter in response (ECF No. 6), Plaintiff's separate letter requesting a pre-motion conference (ECF No. 8), and Defendants' letter in response (ECF No. 9), and the Court finding that a pre-motion conference to discuss Plaintiff's proposed Motion to Remand is unlikely to be helpful in resolving the Motion, it is hereby **ORDERED** that Plaintiff shall, **within fourteen (14) days** of the date of this Order, file their motion.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**