IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF CLARA T. TROILO, deceased, by FRANK TROILO, Executor of the Estate of CLARA T. TROILO, <br><br> *Plaintiff*, <br><br> v. <br><br> ROSE TREE PLACE, NSL ROSE TREE PLACE, LLC d/b/a ROSE TREE PLACE, WATERMARK RETIREMENT COMMUNITIES, INC., WATERMARK RETIREMENT COMMUNITIES, LLC, WATERMARK OPERATOR, LLC, CYNTHIA EVANS and KAREN MLAWSKY, <br><br> *Defendants*. | Civil Action <br><br> No. 22-cv-00097 |

## ORDER

**AND NOW**, this 9th day of February, 2023, upon consideration of Plaintiff's "Motion to Remand" (ECF No. 11), and Defendants' response in opposition (ECF No. 12), it is hereby **ORDERED** that the motion is **GRANTED**. It is **FURTHER ORDERED** that this action is **REMANDED** to the Philadelphia Court of Common Pleas.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**