IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTATE OF CLARA T. TROILO,** | :<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | CIVIL ACTION NO. 2:22-CV-97 |
| **ROSE TREE PLACE ET AL.,** | :<br>: |
| Defendants. | : |

## ORDER

**AND NOW,** this 24th day of February, 2023, after a telephone conference, it is hereby **ORDERED** that:

1. Enforcement of my February 9, 2023 Order remanding this matter to the Philadelphia County Court of Common Pleas (ECF No. 14) is **STAYED** pursuant to the automatic stay provision under Federal Rule of Civil Procedure 62(a). This stay shall terminate on **March 13, 2023.**

2. The Clerk is directed to send a copy of this Order to the Philadelphia County Court of Common Pleas.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**