## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ESTATE OF CLARA T. TROILO,** : | |
| : | |
| **Plaintiff,** : | **CIVIL ACTION NO. 2:22-CV-97** |
| : | |
| **v.** : | |
| : | |
| **ROSE TREE PLACE ET AL.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW,** this 16th day of August, 2023, upon consideration of Defendants' "Motion to Stay" (ECF No. 25), and Plaintiff's response in opposition (ECF No. 27), it is hereby **ORDERED** that the Motion is **DENIED.**

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**